707 F.2d 381
 UNITED STATES of America, Plaintiff-Appellee,
v.
STATE OF WASHINGTON; Department of Revenue of the State of
Washington; and Charles W. Hodde, Director of
Revenue, and his successors in office,
Defendants-Appellants.
 No. 78-1424.
 United States Court of Appeals,
Ninth Circuit.
 May 19, 1983.
 
 1
 Leland T. Johnson, Washington, D.C., for defendants-appellants; Slade Gorton, Atty. Gen. and Richard H. Holmquist, Sr. Asst. Atty. Gen., Olympia, Wash., on brief.
 
 
 2
 John J. McCarthy, Jr., Tax Div., U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee; M. Carr Ferguson, Asst. Atty. Gen., Tax Division, U.S. Dept. of Justice, Washington, D.C., on brief.
 
 
 3
 Before ANDERSON and SKOPIL, Circuit Judges, and BYRNE,* District Judge.
 
 ORDER
 
 4
 The United States Supreme Court has reversed our decision (654 F.2d 570) in this case. State of Washington, et al. v. United States, --- U.S. ----, 103 S.Ct. 1344, 75 L.Ed.2d 264, 51 U.S.L.W. (1983).
 
 
 5
 We remand to the district court for further proceedings in conformity with the Opinion of the United States Supreme Court.
 
 
 
 *
 The Honorable Wm. Matthew Byrne, Jr., United States District Judge for the Central District of California, sitting by designation